**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2019.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

---

**NO. 14-19-00130-CV**

---

**IN RE LEA BERNSEN BROWN, LEON GARRICK BERNSEN, LYNN BERNSEN ALLISON, DOUGLAS ALLISON, INDIVIDUALLY AND D/B/A THE LAW OFFICE OF DOUGLAS A. ALLISON, Relators**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
281st District Court
Harris County, Texas
Trial Court Cause No. 2017-39795**

---

## MEMORANDUM OPINION

On February 13, 2019, relators Lea Bernsen Brown, Leon Garrick Bernsen, Lynn Bernsen Allison, Douglas Allison, Individually and d/b/a The Law Office of Douglas A. Allison filed a petition for writ of mandamus in this court. *See* Tex. Gov't

Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Christine Weems, presiding judge of the 281st District Court of Harris County, to (1) vacate her February 5, 2019 order denying relators' plea in abatement and motion to abate, and (2) enter an order granting relators' motion to abate.

Generally, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam).

Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.